appears to be in accord with generally approved accounting methods. Practically all of these kinds of contracts require that the contractor shall maintain and repair the roads or streets built or paved by it for a specified term of years, and experience has demonstrated that under the repair and maintenance provisions of such contracts the contractor will be required to expend various sums of money for repairs during the maintenance period. Whether the relationship between the gross price of the contract and the cost of future repairs has ever been or can be worked out to a reliable percentage basis has not been shown in the record of this appeal and is not known to the Board. However, in total disregard of the merits, if any, of this accounting question, the Board has determined in other appeals that reserves for repairs and maintenance under conditions such as those existing in this appeal can not be allowed as a deduction from gross income. *Appeals of Uvalde Co.*, 1 B. T. A. 932; *Consolidated Asphalt Co.*, 1 B. T. A. 79.

We therefore find: That there is no reason for modifying the deficiency determined by the Commissioner for the year 1919; that the deficiency for the year 1920 should be reduced by the amount of $4,309.31, assessed upon an amended return; and the excess profits tax, if any, for the year 1921 should be computed upon the basis set forth in *Appeal of Guarantee Construction Co.*, 2 B. T. A. 1145.

---

## APPEAL OF CARSO PAPER CO., INC.

Docket No. 4930.  Submitted October 13, 1925.  Decided November 12, 1925.

*William M. Smith, Esq.*, for the taxpayer.
*F. O. Graves, Esq.*, for the Commissioner.

Before SMITH, JAMES, LITTLETON, and TRUSSELL.

This appeal is from the determination of a deficiency in income and profits tax for the year 1920 in the amount of $485.60. The point in issue is the right of the taxpayer to deduct from gross income, in its income and profits-tax return for the year 1920, $1,000 paid by the taxpayer toward the establishment of a hospital in the village of Dansville, N. Y.

### FINDINGS OF FACT.

The taxpayer is a Massachusetts corporation with its principal office at Dansville, N. Y. It is engaged in the manufacture and sale of paper. It employs labor at Dansville. In 1920 it contributed $1,000 toward the establishment of a hospital in the city or village

in which its principal plant was located and deducted the amount of the contribution from gross income in its income-tax return for 1920. The deduction was disallowed by the Commissioner.

### DECISION.

The determination of the Commissioner is approved.

---

### APPEAL OF PERU CHAIR WORKS.

Docket No. 3408.   Submitted July 14, 1925.   Decided November 14, 1925.

*James W. Good, Esq.*, for the taxpayer.
*P. S. Crewe, Esq.*, for the Commissioner.

Before JAMES, LITTLETON, SMITH, and TRUSSELL.

This is an appeal from the determination of deficiencies in income and profits taxes for the years 1918 and 1919 in the net amount of $7,031.76. The issue is whether the taxpayer was, during the taxable year in question, affiliated with the Wolverine Cedar & Lumber Co. and the Chute & Butler Co., the Commissioner having denied affiliation.

### FINDINGS OF FACT.

The taxpayer is an Indiana corporation with its principal office in Peru. The taxpayer was incorporated in 1915. The Wolverine Cedar & Lumber Co. was incorporated some time prior to 1915, and the Chute & Butler Co. was incorporated in 1901.

The stockholdings in the taxpayer, the Wolverine Cedar & Lumber Co., the Chute & Butler Co., and the Oakdale Improvement Co., during the taxable years in question, were as set forth in the following table:

| Stockholders. | No. 1, Peru Chair Works. | | No. 2, Wolverine Cedar & Lumber Co. | | No. 3, Chute & Butler Co. | | No. 4, Oakdale Improvement Co. | |
|---|---|---|---|---|---|---|---|---|
| | Number shares. | Per cent. | Number shares. | Per cent. | Number shares. | Per cent. | Number shares. | Per cent. |
| R. A. Edwards | 333 | 33.3 | 490 | 98 | 1,202 | 45.95 | 51 | 5.93 |
| Alice S. Edwards | 333 | 33.3 | | | 1,194 | 45.64 | 648 | 73.35 |
| R. E. Edwards | 333 | 33.3 | 8 | 1.6 | | | | |
| M. A. Edwards | | | | | 20 | .76 | | |
| P. A. Shepard | 1 | .1 | 2 | .4 | | | | |
| Oakdale Improvement Co. | | | | | 200 | 7.65 | | |
| Minority interests | | | | | | | 161 | 18.72 |
| | 1,000 | 100.0 | 500 | 100.0 | 2,616 | 100.00 | 860 | 100.00 |